```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DAWN L. SINGLETON,                                                 :
                                                                   :
                             Plaintiff,                            :
                                                                   :
              -v-                                                  :
                                                                   :
COMMISSIONER OF SOCIAL SECURITY, et al.,                           :
                                                                   :
                             Defendants.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020

20-cv-5275 (LJL)

ORDER OF SERVICE AND
SCHEDULING ORDER

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived.

In accordance with the Standing Order "Motions for Judgment on the Pleadings in Social Security Cases," 16-MC-0171 (Apr. 20, 2016):

Within 90 days of the date of this Order, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the complaint.

If the Commissioner wishes to file a motion for judgment on the pleadings, the Commissioner must do so within 60 days of the date on which the e-CAR was filed. The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

Plaintiff must file an answering brief within 60 days of the filing of the Commissioner's motion. The Commissioner may file a reply within 21 days thereafter.


SO ORDERED.


Dated: December 14, 2020
       New York, New York                    _____
                                                       LEWIS J. LIMAN
                                                  United States District Judge