UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAWN L. SINGLETON,

                      Plaintiff,                      20-CV-5275 (LJL) (SN)

      -against-                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Upon review of the Commissioner's motion, ECF No. 15, a remand in this case is reasonably likely. Plaintiff's consent to the remand will only serve to expedite the review of her claims by the agency. Accordingly, the parties are ORDERED to speak regarding this motion by June 21, 2021. If Plaintiff consents to the remand, the parties shall file a stipulation with Judge Liman by June 22, 2021. If plaintiff does not consent, the parties shall appear for a telephone conference on June 23, 2021, at 2:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

      The Clerk of Court is respectfully directed to send a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     June 15, 2021
               New York, New York