# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
DAWN L. SINGLETON,

                                  Plaintiff,                  20 **CIVIL** 5275

                                    -v-                           **<u>JUDGMENT</u>**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                                  Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 23, 2021, that the Commissioner's final decision is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g), including a new hearing and decision.

**Dated:**  New York, New York
           June 24, 2021

                                                                       **RUBY J. KRAJICK**
                                                                       **Clerk of Court**
                       **BY:**        *K. Mango*
                                                                          **Deputy Clerk**